--------o--------

JOHNSON ET AL. *v.* IKERD, ADMINISTRATOR.

From the Lawrence Circuit Court.

*G. Putnam, G. W. Friedley,* and *H. C. Duncan,* for appellants.

*N. Crooke,* for appellee.

BUSKIRK, C. J.—This was an action by the appellee against the appellants, upon two promissory notes. There was judgment for the appellee, upon the default of the appellants. There was no application in the court below to set aside the default, and consequently no question is presented for decision. *Fisk* v. *Baker,* 47 Ind. 534. The judgment must be affirmed. The *supersedeas* having been set aside upon the motion of appellee, no damages can be assessed.

The judgment is affirmed, with costs.

--------o--------

DURLAND *v.* FINDLAY ET AL.

From the Jackson Circuit Court.

*W. K. Marshall,* for appellant.

*B. H. Burrell,* for appellees.

DOWNEY, J.—The errors alleged in this case are the overruling of demurrers to the third and fourth paragraphs of the amended answer. The last amended answer is not set out in the record, and the record contains no demurrer to any answer. We can decide nothing in this condition of the record.

The judgment is affirmed, with costs.